| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Ikuta, Sandra S. | 2. Court or Organization Ninth Circuit | 3. Date of Report 11/24/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

U.S. Court of Appeals - Ninth
125 South Grand Avenue
Pasadena, California 91105

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1997 | O'Melveny & Myers Defined Benefit Plan with former law firm (no control) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S. | 11/24/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Federalist Society | 2/10/13 to 2/11/13 | Stanford, CA | Educational program | Transportation, food, and hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S. | 11/24/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Mortgage on rental property, Agoura, CA | None |
| 2. | Nationstar Mortgage, LLC | Mortgage on rental property, Agoura, CA | M |
| 3. | Citimortgage | Mortgage on rental property, West Los Angeles, CA | L |
| 4. | Union Bank | Mortgage on rental property, West Los Angeles, CA | M |
| 5. | Union Bank | Mortgage on rental property, Santa Monica, CA | O |
| 6. | City National Bank | Mortgage on rental property, Los Angeles, CA | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 | F | Rent | P1 | W | | | | | |
| 2. - Rental property, Agoura, CA | | | | | | | | | |
| 3. - 50% interest in rental property, Venice, CA | | | | | | | | | |
| 4. - 50% interest in rental property, West Los Angeles, CA (Y) | | | | | | | | | |
| 5. - 33% interest in rental property, Santa Monica, CA (Y) | | | | | | | | | |
| 6. - Rental property, Los Angeles, CA (Y) | | | | | | | | | |
| 7. IRA #1 | D | Dividend | O | T | | | | | |
| 8. - CNR Prime MM Fd Serv ▉ | | | | | | | | | |
| 9. - CNR Corporate Bd Fd Serv Cl▉ | | | | | Buy (add'l) | 02/08/13 | J | | |
| 10. | | | | | Buy (add'l) | 10/03/13 | J | | |
| 11. | | | | | Buy (add'l) | 08/28/13 | J | | |
| 12. - CNR Govt Bd Fd Serv Cl▉ | | | | | Buy (add'l) | 02/08/13 | J | | |
| 13. | | | | | Buy (add'l) | 10/03/13 | J | | |
| 14. - CNR High Yield Bond Fund Serv ▉ | | | | | Sold (part) | 08/02/13 | J | A | |
| 15. | | | | | Buy (add'l) | 08/28/13 | J | | |
| 16. - Doubleline Total Return Bond Fund | | | | | Sold (part) | 08/02/13 | J | | |
| 17. | | | | | Sold (part) | 08/28/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Eaton Vance Floating Rate Bond Fund Cl I | | | | | Sold | 02/08/13 | J | A | |
| 19. - Eaton Vance Fl Rate Adv Fd Cl I | | | | | Buy | 02/08/13 | J | | |
| 20. | | | | | Buy (add'l) | 08/28/13 | J | | |
| 21. - Ivy High Income Fund Cl I | | | | | Sold (part) | 08/02/13 | J | A | |
| 22. | | | | | Sold | 08/28/13 | K | A | |
| 23. - Principal Preferred Securities Fund INSTL | | | | | Sold (part) | 08/02/13 | J | A | |
| 24. | | | | | Sold | 08/28/13 | K | | |
| 25. - CNR US Core Equity Fd Ser | | | | | Buy (add'l) | 08/02/13 | J | | |
| 26. | | | | | Buy (add'l) | 10/03/13 | J | | |
| 27. - ING Global Real Estate Fund | | | | | Sold (part) | 10/03/13 | J | A | |
| 28. - Oppenheimer Dev Markets Cl I | | | | | Buy (add'l) | 08/02/13 | J | | |
| 29. - PIMCO Commodity RR Strategy Instl | | | | | Buy (add'l) | 10/03/13 | J | | |
| 30. | | | | | Sold | 10/25/13 | J | | |
| 31. - Touchstone Small Cap Core Fund Y | | | | | Sold (part) | 02/08/13 | J | A | |
| 32. | | | | | Buy (add'l) | 08/02/13 | J | | |
| 33. - Ishares Gold Trust Shs Bene Int | | | | | Sold | 09/27/13 | J | | |
| 34. - Ishares S&P US Preferred Stock Index Fund | | | | | Sold | 08/06/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - SPDR S&P Dividend ETF | | | | | Buy (add'l) | 08/06/13 | J | | |
| 36. | | | | | Buy (add'l) | 08/30/13 | J | | |
| 37. | | | | | Buy (add'l) | 10/07/13 | J | | |
| 38. - Vanguard FTSE Developed Markets ETF | | | | | Buy (add'l) | 08/06/13 | J | | |
| 39. - Market Vectors Emer H/Y Bd ETF | | | | | Buy | 08/30/13 | K | | |
| 40. - PIMCO Commodity Plus Strat Ins | | | | | Buy | 10/25/13 | J | | |
| 41. Brokerage Account #1 (H) | | | | | | | | | |
| 42. Vanguard 500 Index Fund Inv | B | Dividend | L | T | | | | | |
| 43. Vanguard Small Cap Index Fund Inv | A | Dividend | L | T | | | | | |
| 44. American Funds VCSP/College America 529A | B | Dividend | L | T | | | | | |
| 45. - Growth Fund of America | | | | | Distributed (part) | 12/10/13 | J | A | |
| 46. - The Investment Company of America | | | | | Distributed (part) | 12/10/13 | J | A | |
| 47. - Washington Mutual Investors Fund | | | | | Distributed (part) | 12/10/13 | J | A | |
| 48. - The Bond Fund of America | | | | | Distributed (part) | 12/10/13 | J | A | |
| 49. Brokerage Account #2 (H) | | | | | | | | | |
| 50. CNR Calif Tax-Exempt Money Market | A | Interest | J | T | | | | | |
| 51. CNR US Core Equity Fd Ser ▇▇ | A | Dividend | K | T | Sold (part) | 02/08/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 08/28/13 | J | | |
| 53. CNR Calif Tax-Exempt Bd Fd Serv | C | Dividend | N | T | Sold (part) | 02/08/13 | J | | |
| 54. CNR High Yield Bond Fund Serv | B | Dividend | J | T | Sold (part) | 08/28/13 | J | A | |
| 55. CNR Emerging Markets Fund | A | Dividend | J | T | Buy | 08/28/13 | J | | |
| 56. CNR Fixed Income Opportunities Fd. Cl (X) | A | Dividend | K | T | | | | | |
| 57. CNR Dividend & Income Fd Cl N | A | Dividend | K | T | Buy | 09/03/13 | K | | |
| 58. SPDR S&P Dividend ETF | A | Dividend | | | Sold (part) | 02/12/13 | J | | |
| 59. | | | | | Sold | 08/30/13 | J | B | |
| 60. Doubleline Total Return Bond Fd | A | Dividend | J | T | Sold (part) | 08/28/13 | J | A | |
| 61. | | | | | Sold (part) | 09/03/13 | J | A | |
| 62. Ivy High Income Fund Class I | B | Dividend | J | T | Sold (part) | 08/28/13 | J | A | |
| 63. Touchstone Small Cap Core Fund Y | A | Dividend | J | T | | | | | |
| 64. Pimco Commodity RR Strategy-Inst | A | Dividend | | | Sold | 10/25/13 | J | | |
| 65. Principal Preferred Securities INSTL | A | Dividend | | | Sold | 08/28/13 | K | A | |
| 66. ING Global Real Estate Fund I | A | Dividend | J | T | | | | | |
| 67. Ishares Gold Trust | | None | | | Sold | 09/27/13 | J | | |
| 68. Oppenheimer Developing Mkt Cl 1 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Eaton Vance Floating Rate Cl 1 | A | Dividend | | | Sold | 02/08/13 | J | A | |
| 70. Eaton Vance Fl Rate Adv Fd Cl 1 | A | Dividend | | | Buy | 02/08/13 | J | | |
| 71. | | | | | Sold | 08/28/13 | J | | |
| 72. Vanguard FTSE Developed Markets ETF | A | Dividend | J | T | | | | | |
| 73. Series EE U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 74. City National Bank Preferred Ladder Money Market | A | Interest | L | T | | | | | |
| 75. ING Flexible Premium Adjustable Universal Life Insurance | C | Interest | L | T | | | | | |
| 76. Japanese American Community Credit Union (X) | A | Int./Div. | J | T | | | | | |
| 77. 50% interest in rental property, West Los Angeles, CA (X) | E | Rent | O | W | | | | | |
| 78. 33% interest in rental property, Santa Monica, CA (X) | F | Rent | O | W | | | | | |
| 79. Rental property, Los Angeles, CA (X) | E | Rent | O | W | | | | | |
| 80. Rental Property #2, Los Angeles, CA (X) | D | Rent | O | W | | | | | |
| 81. Wine collection (X) | | None | K | W | Sold (part) | 01/08/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S. | 11/24/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI, lines 3 & 4: the value code represents 100% of the mortgage, but the reportable interest in the property is 50%
Part VI, line 5: the value code represents 100% of the mortgage, but the reportable interest in the property is 33%

Part VII, lines 3, 77, and 78: income and value are calculated based upon the reportable interest in the properties
Part VII, line 7: IRA #2 in the prior report
Part VII, line 8: name change - formerly CNI Money Market
Part VII, line 9: name change - formerly CNI Charter Corporate Bond Servicing
Part VII, line 12: name change - formerly CNI Charter Gov't Bond Fund (lines 14 and 55 in 2012 report)
Part VII, line 14: name change - formerly CNI Charter High Yield Bond Fund
Part VII, line 16: same as line 21 of the prior report
Part VII, lines 25 and 51: name change - formerly CNI Charter US Core Equity Ser
Part VII, lines 38 and 72: name change - formerly Vanguard MSCI EAFE ETF
Part VII, line 42: same as line 77 of the prior report
Part VII, line 43: same as line 78 of the prior report
Part VII, line 50: name clarification - formerly CNI Money Market/CNI Charter CA Tax Exempt Money Market
Part VII, line 53: name change - formerly CNI Charter Cal Tx Exmpt Serv
Part VII, line 54: name change - formerly CNI Charter High Yld Bd Fd Inst
Part VII, line 55: name change - formerly CNI Emerging Markets Fund
Part VII, lines 67 and 81 - these assets did not generate income during the reporting period

Part VII, lines 128 and 130 of the prior report were sold in their entirety during 2012

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sandra S. Ikuta**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544